**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAAIM J. PATTERSON,

    Plaintiff,

    v.

DR. DAVID R. ZIPF,

    Defendant.

3:14-CV-163-RCJ-WGC

**ORDER**

**I.  DISCUSSION**

Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections, has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1-1). Plaintiff has not submitted an application to proceed *in forma pauperis* and has not paid the full filing fee. (*See* ECF No. 1).

Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate if Plaintiff intends to proceed without the prepayment of fees. Plaintiff has thirty (30) days from the date of this order to either submit a fully complete application to proceed *in forma pauperis* or to pay the full filing fee of $400. The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved.

**II.  CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

1      IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full filing fee of $400.

        IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

        IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint (ECF No. 1-1), but shall not file it at this time.

        DATED: This  1st  day of April, 2014.

_____
United States Magistrate Judge