# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAAIM J. PATTERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. DAVID R. ZIPF,<br><br>　　　　Defendant. | 3:14-cv-00163-RCJ-WGC<br><br>**ORDER** |

**I.   DISCUSSION**

On April 28, 2014, this Court entered a screening order dismissing the complaint in its entirety with prejudice, as amendment would be futile, for failure to state a claim. (ECF No. 6 at 5). This Court also stated that this dismissal would count as a strike pursuant to 28 U.S.C. § 1915(g). (*Id.*). That same day, the Clerk of the Court entered a judgment in this case. (ECF No. 8).

On July 10, 2014, Plaintiff filed an "amended complaint" in this case against different defendants. (ECF No. 10). The Court notes that case 3:14-cv-163-RCJ-WGC is closed. If Plaintiff seeks to initiate a new action against different defendants, Plaintiff must open a new case by filing by his complaint and an application to proceed *in forma pauperis* with the Clerk of the Court. Plaintiff shall not file any more documents in this closed case.

**II.   CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff shall not file any more documents in this closed case.

///

IT IS FURTHER ORDERED that, if Plaintiff seeks to initiate a new action, Plaintiff must file his complaint and an application to proceed *in forma pauperis* with the Clerk of the Court.

DATED: This  11th  day of July, 2014.

_____
United States Magistrate Judge